*CAZZELL & ASSOCIATES, ATTORNEYS*
*MARYANN CAZZELL, ESQ.* (Bar #128780)
505 N. Tustin Ave., Ste. 276
Santa Ana, California  92705
Telephone: 714/558-1772
Telefax:   714/558-1883
cazzell@msn.com

Attorneys for Plaintiff AMERICAN GROUND TRANSPORTATION, INC., a California Corporation, doing business as 24/7 Taxi Cab

## *UNITED STATES DISTRICT COURT*

## *CENTRAL DISTRICT OF CALIFORNIA*

| | |
|---|---|
| AMERICAN GROUND TRANSPORTATION, INC., A California Corporation, doing business as 24/7 Taxi Cab,<br><br>          Plaintiff,<br><br>vs.<br><br>THE CITY OF ANAHEIM; et al.,<br><br>          Defendants.<br>_____ | CASE NO.: 8:21-CV-01629-JLS-(KESx)<br><br>PLAINTIFF AMERICAN GROUND TRANSPORTATION, INC.'s NOTICE TO DEFENDANT THE CITY OF ANAHEIM TO PREPARE ADMINISTRATIVE RECORD<br>[*C.C.P.* section 1094.6(c)]<br><br>SCHEDULING CONFERENCE<br>DATE:  April 8, 2022<br>TIME:  10:30 a.m.<br>COURTROOM:  10A<br><br><br>ACTION FILED: 12/31/2020<br><br>TRIAL DATE:  NONE SET |

AM. GROUND TRANSPORTATION v. ANAHEIM              NOTICE TO PREPARE ADMIN. RECORD

TO THIS HONORABLE COURT, TO DEFENDANT THE CITY OF ANAHEIM AND MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY, ITS COUNSEL OF RECORD HEREIN; AND TO ALL OTHER PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

COMES NOW PLAINTIFF AMERICAN GROUND TRANSPORTATION, INC., A California Corporation, doing business as 24/7 Taxi Cab ("PLAINTIFF") and pursuant to *C.C.P.* section 1094.6(c) does hereby request that DEFENDANT THE CITY OF ANAHEIM ("ANAHEIM") prepare the ADMINISTRATIVE RECORD of each and every one of the proceedings before it, and the associated paperwork and legal records related to, PLAINTIFF's attempts to offer taxicab service in ANAHEIM from the year 2005 (and before) through the present, as described hereinbelow.

Such proceedings shall include but not be limited to:

1) All proceedings before ANAHEIM that were in any way related to the Anaheim Taxicab Franchise REQUEST FOR PROPOSAL ("RFP") that was issued and administered in or about the year 2020, including but not limited to the circulation of the RFP Applications, correspondence related to same, the RFP Applications that were submitted in their entirety, the Taxicab Advisory Committee ("TAC") Scoring and Award Rewards and Recommendations, Anaheim Staff Reports and Recommendations, transcripts of all Anaheim City Council meetings and other hearings, including without limitation those that took place on July 14, 2020, July 28, 2020, August 25, 2020, September 15, 2020, and October 6, 2020, and the Agendas, Minutes, and RFP Award Ordinances.

///

///

2) All proceedings before ANAHEIM that were in any way related to the termination of the Anaheim taxicab franchise of YELLOW CAB OF GREATER ORANGE COUNTY in or about May through July 2020, and prior and subsequent thereto.

3) All pleadings and other documents filed in Orange County Superior Court ("OCSC") case #30-2013-00688977-CU-MC-CJC through and including the date of the entry of the pre-appellate JUDGMENT dismissing the June 19, 2017 SUPPLEMENTAL COMPLAINT.

4) The complete ADMINISTRATIVE RECORD ("AR") filed in OCSC case #30-2013-00688977-CU-MC-CJC, *which consisted of eight (8) large binders' worth of documents* spanning the proceedings from roughly 11/2011 to 11/21/2013, and which was captioned as the Administrative Record in the case of "*A White and Yellow Cab, Inc. vs. The City of Anaheim*" ("AR #1.")  **PLEASE NOTE THAT SINCE THE PARTIES ALREADY HAVE A COPY OF AR #1, THEREFORE THIS AR NEED ONLY TO BE *REFERENCED* IN THE NEW AR, RATHER THAN REPRINTED AND INCLUDED THEREIN.**

5) The AR in OCSC case #30-2013-00688977-CU-MC-CJC which spanned the proceedings from roughly 4/7/2016 through 11/3/2016 ("AR #2"), and the SUPPLEMENTAL AR encompassing an additional REPORTER'S TRANSCRIPT prepared by ANAHEIM that chronologically followed AR #2 and related to proceedings having occurred on or about 10/18/2016.

6) The OPINION in the Fourth District Court of Appeal, Third Division case #G055501 styled as "*American Ground Transportation v. Anaheim*" FILED on October 31, 2019.

7) All pleadings and other documents filed in OCSC case #30-2013-00688977-CU-MC-CJC (later changed to case #30-2013-00688977-CU-MC-NJC) *and copies of all REPORTERS' TRANSCRIPTS of all of the oral proceedings before the OCSC procured by ANAHEIM,* from and since the time of the filing of the REMITTITUR on or about February 14, 2020, and through and including the date of the filing of JUDGMENT on or about December 27, 2021.

8) The First AR and Second AR (and any Supplemental AR) in the case styled as *South Coast Cab Co., Inc. v. The City of Anaheim,* OCSC Case #800359 filed in or about 1998. **PLEASE NOTE THAT SINCE THE PARTIES ALREADY HAVE A COPY OF THESE ARs, THEY NEED ONLY BE *REFERENCED* IN THIS NEW AR RATHER THAN REPRINTED AND INCLUDED THEREIN.**

9) The OPINION in the Fourth District Court of Appeal, Third Division case #G026197 styled as "*South Coast Cab v. Anaheim, etc., et al.*" filed on December 19, 2000.

10) The JUDGMENT entered in U.S. District Court Case #SA-CV-99-416DOC(ANx), styled as "*Wolfe v. The City of Anaheim*" (the "*SCC Federal Case*") by the Hon. DAVID O. CARTER FILED in or about 2006.

///
///
///
///
///
///
///
///

11) The "ORDER GRANTING MOTION FOR AN AWARD OF PRE-JUDGMENT INTEREST ON VERDICT OF ECONOMIC DAMAGES" entered in the *SCC Federal Case* by the Hon. DAVID O. CARTER as DOCKET #223 on or about 01/22/2007.

*CAZZELL & ASSOCIATES, ATTORNEYS*

/s/ Maryann Cazzell

DATED: March 16, 2022        By:_____
                                      MARYANN CAZZELL, ESQ.
                                      Attorneys for Plaintiff AMERICAN GROUND TRANSPORTATION, INC.